COMPLAINT

# EXHIBIT 6

*Salvo Technologies, Inc. v.*
*Landmark American Insurance Company and Argonaut Insurance Company*
U.S. District Court, Middle District of Florida, Tampa Division





**From:** Sunni Zylstra
**Sent:** Friday, July 15, 2022 10:34 AM
**To:** neal.desai@argogroupus.com
**Cc:** Alan Peterson <Alan.Peterson@cacspecialty.com>; desmond@dbhcapllc.com
**Subject:** Defense Counsel Selection: The People of the State of New York v. Arm or Ally, LLC, et al. (22-23)
**Importance:** High

Insured: Salvo Technologies, Inc
Matter: The People of the State of New York, by Letitia James
Policy No: ML4263632-0
Claim No: 305939

Hi Neal –

Hope you're well!

I understand you have recently been assigned to this claim and wanted to touch base regarding defense counsel selection, mentioned below. Please let us know if you require additional information to process this request or if we can organize a call to discuss further.

Much appreciated,
Sunni



Sunni Zylstra
Claims Associate, Legal & Claims Practice
(470) 893-2898 (d) | sunni.zylstra@cacspecialty.com
3414 Peachtree Road NE, Suite 1000 | Atlanta, GA 30326

---

**From:** Sunni Zylstra
**Sent:** Friday, July 8, 2022 6:35 PM
**To:** Argoproclaims@argogroupus.com
**Cc:** desmond@dbhcapllc.com; Alan Peterson <Alan.Peterson@cacspecialty.com>; Claim Reporting FLP <claimreportingflp@cacspecialty.com>; FLP Claim Correspondence <flpclaimcorrespondence@cacspecialty.com>
**Subject:** Notice of Claim: The People of the State of New York v. Arm or Ally, LLC, et al. (22-23)

**Matter:** The People of the State of New York v. Arm or Ally, LLC, et al.
**Insured:** Salvo Technologies, Inc.
**Policy No.:** ML4263632-0
**Policy Limit:** $1,000,000 ($25,000 retention)
**Policy Period:** April 25, 2022 to April 25, 2028

Dear Sir or Madam,

On behalf of Salvo Technologies, Inc. ("Salvo") and its business unit 80P Builder, we hereby provide notice under the above-referenced policy, and all other applicable policies, that a Claim has been made against certain of your Insureds. Attached please find a copy of the above-referenced Complaint, filed on June 29, 2022, which is provided for your convenience and hereby expressly incorporated into this Notice of Claim as if fully set forth herein.

Please note that this matter is still under investigation, however, wrongful acts may extend as far back as November 2021 when New York's restrictive regulations regarding the sale of "ghost guns" first went into effect. We will continue to provide updates as they become available to supplement Argo's coverage evaluation.

While we recognize Argo's duty to defend this matter, Salvo kindly requests consent to the retention

of Cooper & Kirk, PLLC. Due to the nature of Second Amendment litigation, we foresee this matter quicky exhausting Argo's limit of liability and believe it is in Salvo's best interest to remain with their chosen counsel throughout the duration of this litigation. We are of course available to discuss counsel selection at Argo's earliest convenience and will provide billing rates when available. Lead attorney David Thompson's information is below:

David H. Thompson
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
202-220-9659

Please promptly acknowledge receipt of this Notice of Claim and issue your coverage analysis within the next thirty (30) days. Please also direct all Claim correspondence to Desmond Henry at desmond@dbhcapllc.com and Scott Mackay at scott.mackay@tidescap.com with a copies to FLPClaimCorrespondence@cacspecialty.com and the undersigned.

Should you require additional information to accept this notice, please immediately contact us in writing.

Your Insureds reserve rights under all applicable policies. Silence or inaction on the part of any Insured should not be interpreted as acceptance of an Insurer's past, present or future coverage position.

Thank you,
Sunni



Sunni Zylstra
Claims Associate, Legal & Claims Practice
(470) 893-2898 (d) | sunni.zylstra@cacspecialty.com
3414 Peachtree Road NE, Suite 1000 | Atlanta, GA 30326