COMPLAINT

EXHIBIT 7

*Salvo Technologies, Inc. v.*
*Landmark American Insurance Company and Argonaut Insurance Company*
U.S. District Court, Middle District of Florida, Tampa Division



**ARGO PRO**
*Member Argo Group*

July 12, 2022

**Via email:**  desmond@dbhcapllc.com
scott.mackay@tidescap.com

Mr. Desmond Henry

Mr. Scott Mackay

| | | |
|---|---|---|
| RE: | Insured: | Salvo Technologies, Inc |
| | Matter: | The People of the State of New York, by Letitia James |
| | Carrier: | Argonaut Insurance Company |
| | Policy No: | ML4263632-0 |
| | Claim No: | 305939 |

Dear Mr. Henry & Mr. Mackay:

On behalf of Argonaut Insurance Company ("Argonaut"), this letter acknowledges receipt of the above referenced notice submitted for coverage under the captioned policy.    We have addressed this to you as the insured's representative for this matter.  If you are not the appropriate person, please advise accordingly.

I have been assigned this matter on behalf of Argonaut.  Please direct all communications to my attention under the reference number above.

Argonaut is currently reviewing the materials submitted and the terms and conditions of the above referenced policy.  While our review of this matter is ongoing, Argonaut reserves all of its rights, privileges and defenses available under the policy, at law and/or in equity, whether or not stated herein.

Of course should you have any questions or wish to discuss this matter further, feel free to contact the undersigned.

Sincerely,

Neal Desai
Claims Analyst
Argo Pro Claims
P: (551) 277-9426
neal.desai@argogroupus.com


cc:      flpclaimcorrespondence@cacspecialty.com

Sunni Zylstra
sunni.zylstra@cacspecialty.com

413 West 14th Street, 3rd Floor        **T** 212 607 8800
New York, NY  10014                    **F** 212 607 8875
www.argolimited.com

**Mailing Address:** PO Box 469012
San Antonio, TX  78246