UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SALVO TECHNOLOGIES, Inc.,

    Plaintiff,

v.

LANDMARK AMERICAN INSURANCE COMPANY and ARGONAUT INSURANCE COMPANY,

    Defendants.

Case No. 8:23-cv-01016-MSS-TGW

**NOTICE OF SETTLEMENT AS TO**
**ARGONAUT INSURANCE COMPANY ONLY**

    Plaintiff Salvo Technologies, Inc., and Defendant Argonaut Insurance Company submit this notice to inform the Court that they have reached an agreement in principle to resolve Salvo's claims against Argonaut. In order to allow Salvo and Argonaut to finalize the terms of their settlement, Salvo and Argonaut jointly request that the Court refrain from deciding Argonaut's pending Cross-Motion for Summary Judgment, ECF No. 30, Salvo's pending Motion for Partial Summary Judgment as to its claims against Argonaut, ECF No. 23, and Salvo's pending Motion to Stay Discovery, ECF No. 24.

    The resolution of Salvo's claims against Argonaut does not affect Salvo's claims against Defendant Landmark American Insurance Company in any way. For clarity, Salvo and Argonaut are not requesting at this time that the Court refrain from deciding

Landmark's pending Cross-Motion for Summary Judgment, ECF No. 28, or Salvo's Motion for Partial Summary Judgment as to its claims against Landmark.

Salvo expects to file a stipulation of dismissal of its claims against Argonaut within the next 30 days.

Dated: March 12, 2024					Respectfully submitted,

/s/ *Emily Y. Rottmann*
Emily Y. Rottmann
FL Bar No. 0093154
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, FL 32202
Telephone: 904.798.3224
Facsimile: 904.798.3263
erottmann@mcguirewoods.com
clambert@mcguirewoods.com
flservice@mcguirewoods.com

Stephen G. Foresta
(admitted pro hac vice)
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020
Telephone: 212.548.7033
Facsimile: 212.715.6295
sforesta@mcguirewoods.com

>Dylan M. Bensinger
>(admitted pro hac vice)
>McGuireWoods LLP
>201 North Tryon Street, Suite 3000
>Charlotte, NC
>Telephone: 704.343.2127
>Facsimile: 704.343.2300
>dbensinger@mcguirewoods.com
>
>*Attorneys for Plaintiff Salvo Technologies, Inc.*
>
>
>*/s/ Justin N. Shindore*
>Justin N. Shindore, Esq.
>Lewis Brisbois Bisgaard & Smith LLP
>401 East Jackson Street
>Suite 3400
>Tampa, FL 33602
>Justin.Shindore@LewisBrisbois.com
>
>Michael P. Duffy, Esq.
>Pro Hac Vice *Admission Pending*
>Peabody & Arnold LLP
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA 02210
>mduffy@peabodyarnold.com